**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALFREDO FIGUEREDO,**

        **Plaintiff,**

-vs-                                   **Case No. 6:05-cv-1286-Orl-31JGG**

**LOWE'S HOME CENTERS, INC.,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration with oral argument on March 7, 2006. At the hearing on Douglas C. Green's motion to withdraw as counsel to Plaintiff, Plaintiff Alfredo Figueredo appeared personally. Also, appearing was Plaintiff's counsel and defense counsel. Plaintiff orally moved to dismiss his case with prejudice, each side to bear their own attorneys' fees and costs. Defendant Lowe's Home Centers, Inc. agreed to the dismissal.

Therefore, it is **RECOMMENDED** that:

1.    The case be dismissed with prejudice, with each side bearing its own attorneys' fees and costs;

2.    All pending motions be denied as moot; and

3.    The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 7, 2006.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Gregory A. Presnell
Counsel of Record