# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALFREDO FIGUEREDO,**

        **Plaintiff,**

**-vs-**                                                      Case No. 6:05-cv-1286-Orl-31JGG

**LOWE'S HOME CENTERS, INC.,**

        **Defendant.**

## ORDER

This cause came on for consideration on the Report and Recommendation (Doc. 16) filed on March 7, 2006 by Judge Glazebrook. As recounted in the Report and Recommendation, the parties have agreed to the dismissal of the instant matter with prejudice, with each side to bear its own attorneys' fees and costs. (Doc. 16 at 1). In consideration of the foregoing, it is hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**, and the case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 8, 2006.

                                                             GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party